**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**Scan Health Plan**
**Plaintiff(s)**

**vs.** **Case No: 1:26-cv-03737-CRC**

**Department of Health & Human Services, et al.**
**Defendant(s)**

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

I, Ambiko Wallace, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons in a Civil Action, Civil Cover Sheet, Notice of Designation of Related Civil Cases Pending in this or Any Other United States Court, and Complaint for Declaratory and Injunctive Relief in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/27/2026 at 02:17 PM, I served US Attorney's Office for DC, Attn: Civil Process Clerk at 601 D Street, NW, Washington, District of Columbia 20530 with the Summons in a Civil Action, Civil Cover Sheet, Notice of Designation of Related Civil Cases Pending in this or Any Other United States Court, and Complaint for Declaratory and Injunctive Relief by serving Toyin Abejide, Paralegal, authorized to accept service.

Toyin Abejide is described herein as:

Gender: Male, Race: African American, Age: 45-54, Weight: 200 lbs-220 lbs, Height: 5' 9"-6', Hair: Bald, Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on: 10/28/2026

/s/ *Ambiko Wallace*

Signature
Server Name: Ambiko Wallace

*Client Ref Number:*
*Job #: 2211982*

Exhibit 1a)


10/27/2026 2:17 pm EDT
601 D Street, NW, Washington, DC 20530
38.8947726, -77.0205772
NO STANDING OR PARKING 7AM-6:30PM MONDAY-FRIDAY EXCEPT UNITED STATES MARSHAL SERVICE VEHICLES ONLY
Pay To Park
601
225048
VISITORS